# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| JOE MYERS, | : | No. 283 WAL 2020 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| TIMOTHY F. MCCUNE, JOSEPH H. | : | |
| CHIVERS, JOHN/JACK W. MURTAGH JR., | : | |
| GRAYDON BREWER, CARL V. NANNI, | : | |
| JACK LEWIS, JIM GALLAGHER, HANK | : | |
| LEYLAND, GREG LOVERICK, EDWARD | : | |
| TASSEY, AK STEEL ET AL, UAW | : | |
| (FORMERLY BUTLER ARMCO | : | |
| INDEPENDENT UNION), | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of March, 2021, the Petition for Allowance of Appeal and the Notice of Appeal Addendum are **DENIED**.